## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-329 (1) (RHK/JSM) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| v. | |
| Norberto Aldana-Urbano, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**. **IT IS ORDERED** that position pleadings, if necessary, be filed electronically with the Clerk of Court by March 17, 2009.

Notwithstanding the Court's previous admonition to counsel that there would be no further extensions, counsel has filed the present Motion with exactly the same generic reason for the requested extension as in the first. The Motion is <u>reluctantly</u> granted and the Court will seriously consider imposition of sanctions if a third request for an extension is filed.

Dated:  March 10, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
